WILLIAM H. SILK, Respondent, v. THE BOWERY SAVINGS BANK and JAMES A. STENHOUSE, Appellants, VALDEN REALTY CORPORATION and Others, Defendants (Appeal No. 1) and Appellants (Appeal No. 2), EIGHTY-FIVE PARK AVENUE CORPORATION and CONOCO CORPORATION, Defendants.— Order entered December 12, 1941, so far as appealed from, unanimously modified by granting item 1 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present—Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

unanimously reversed, with ten dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.